FILED
5/18/22 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jill N. McGinnis, | ) | Case No. 22-20931 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Jill N. McGinnis, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-0140 | ) | |
| *Movant* | ) | Related to Dkt. No. 13 |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Eat N Park and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this  18th  day of  May 2022,  it is hereby ORDERED, ADJUDGED, and DECREED that the Motion to Attach Wages filed at Docket No. 12 is withdrawn.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 22-20931-GLT

Jill N. McGinnis                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

**Recip ID     Recipient Name and Address**
db     + Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lauren M. Lamb | |
| | on behalf of Debtor Jill N. McGinnis |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 3