IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jill N. Mcginnis, ) | Bankruptcy No. 22-20931-GLT |
|     Debtor ) | Chapter 13 |
| ) | Related to Document No(s). 28 & 29 |
| Jill N. Mcginnis, ) | |
|     Movant ) | Hearing Date and Time: |
| ) | May 9, 2023 at 9:00am |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Respondent(s) ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICTION TO EMPLOY SPECIAL COUNSEL FOR DEBTOR'S DIVORCE

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Appliction to Employ Special Counsel for Debtor's Divorce filed on April 5, 2023 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Appliction to Employ Special Counsel for Debtor's Divorce appears thereon.  Pursuant to the Notice of Hearing, objections for Appliction to Employ Special Counsel for Debtor's Divorce were to be filed and served no later than April 24, 2023.

    It is hereby respectfully requested that the Order attached to the Appliction to Employ Special Counsel for Debtor's Divorce be entered by the Court.

    Respectfully submitted,

April 25, 2023  
Date:

/s/Lauren M. Lamb  
Lauren M. Lamb, Esquire  
Attorney for the Debtor  
STEIDL & STEINBERG  
2830 Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No.  209201  
llamb@steidl-steinberg.com