UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Jill N. McGinnis,<br>　　　Debtor. ) ) ) | Case No. 22-20931-GLT<br><br>Chapter 13 |
| Patrick McGinnis,<br>　　　Movant, ) ) ) ) | Related to Dkt. No. |
| vs. ) ) | |
| Jill N. McGinnis and<br>Ronda J. Winnecour, Trustee,<br>　　　Respondents. ) ) ) | |

## AMENDED CERTIFICATE OF SERVICE

I, Brian P. Cavanaugh, Esquire, of Stewart, Sorice, Farrell, Finoli & Cavanaugh, LLC, 229 South Maple Avenue, Greensburg, PA 15601, certify that I am more than 18 years of age and that on July 25, 2023, I served United States mail, first class, postage prepaid, the Notice of Hearing with Response Deadline and a copy of the Motion For Relief From Automatic Stay filed in this proceeding on:

| Jennifer Casini, Esquire<br>Casini & Geibig, LLC<br>Attorneys at Law<br>815 B. Memorial Blvd.<br>Connellsville, PA 15425 | Lauren M. Lamb, Esquire<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 |
|---|---|
| Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Jill N. McGinnis<br>260 Mt. Olive Road<br>Champion, PA 15622 | |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  7/26/2023                                              /s/ Brian P. Cavanaugh, Esquire
                                                                                      Brian P. Cavanaugh, Esquire
                                                                                      PA ID #72691

                                                                                      229 South Maple Avenue
                                                                                      Greensburg, PA  15601
                                                                                      (724) 836-0321, Ext 12
                                                                                      Fax: (724) 836-0224
                                                                                      bcavanaugh@greensburglaw.com