IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Jill N. McGinnis, | ) | Case No. 22-20931-GLT |
| Debtor. | ) | |
| | ) | Chapter 13 |
| | | |
| Patrick McGinnis, | ) | Dkt. No. |
| Movant, | ) | |
| | ) | Related to Dkt. No(s). 33 |
| vs. | ) | |
| | ) | Hearing Date and Time: |
| Jill N. McGinnis and | ) | September 6, 2023 at 10:30 a.m. |
| Ronda J. Winnecour, Trustee, | ) | |
| Respondents. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
REGARDING MOTION OF PATRICK MCGINNIS FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed on July 25 , 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 14, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


Dated: 8-16-23                   By: */s/ Brian P. Cavanaugh*
                                 Brian P. Cavanaugh
                                 229 South Maple Avenue
                                 Greensburg, PA  15601

                                 (724) 836-0321
                                 bcavanaugh@greensburglaw.com

                                 PA Id. No. 72691


**PAWB Local Form 25 (07/13)**