**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/21/23 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re:

Jill N. McGinnis,  )  Case No. 22-20931-GLT
    Debtor.  )
      )  Chapter 13

Patrick McGinnis,  )  Related to Dkt. No. 37
    Movant,  )
      )
vs.  )
      )
Jill N. McGinnis and  )
Ronda J. Winnecour, Trustee,  )
    Respondents.  )

**ORDER OF COURT**

AND NOW, to wit, this _21st Day of August_, 2023, it is hereby ORDERED, ADJUDGED AND DECREED that Patrick McGinnis is hereby granted relief from the Automatic Stay to resolve all economic claims arising from the divorce action encaptioned Jill McGinnis v. Patrick McGinnis, filed at Case No. 675 of 2023-D in the Court of Common Pleas of Westmoreland County, Pennsylvania, provided however, any equitable distribution remains subject to approval in this Court while this case is pending. Moreover, to the extent Movant seeks to "eliminate the mortgage liability he solely owes" (as stated in the motion), any sale or other liquidation of the subject property shall not occur absent further order of this Court."

Gregory L. Taddonio  drb
Chief United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 21, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |
| intp | + | Patrick McGinnis, 426 Amos Avenue, Portage, MI 49002-0419 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Interested Party Patrick McGinnis bcavanaugh@greensburglaw.com bpcsecretary@greensburglaw.com |
| Lauren M. Lamb | on behalf of Debtor Jill N. McGinnis julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Aug 21, 2023     Form ID: pdf900     Total Noticed: 2
TOTAL: 5