FILED
4/26/24 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Jill N. McGinnis ) Case No. 22-20931-GLT
) Chapter 13
Debtor ) Related to Docket No. 45

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

x    a plan modification sought by:    Debtor

☐    a motion to lift stay
     as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

x  Chapter 13 Plan dated    May 5, 2022
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐    Debtor's Plan payments shall be changed from $     to
     $    per month, effective    ; and/or the Plan term shall be changed from
     months to    months.

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve        on or before        .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as        may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

x Other:   <u>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. claim 3 shall not be paid through the Plan as it is being paid outside of the Plan by Debtor's non-filing spouse.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _ 26th Day of April, 2024

Dated: April 26, 2024

Gregory L. Taddonio    **drb**
Chief United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtor
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |
| sp | + | Jennifer M. Casini, Casini & Geibig, LLC, 815 B Memorial Blvd, Connellsville, PA 15425-2665 |
| intp | #+ | Patrick McGinnis, 426 Amos Avenue, Portage, MI 49002-0419 |
| 15481215 | + | Excela Health, PO Box 640886, Pittsburgh, PA 15264-0886 |
| 15481216 | + | Excela Health Frick, PO Box 645758, Pittsburgh, PA 15264-5255 |
| 15481624 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:06:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498018 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:06:54 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15481206 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:31:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:32:02 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15492794 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:06:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15481209 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15481210 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15481211 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:06:50 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481212 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:06:56 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:19:25 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15481213 | | Email/Text: operationsclerk@easypayfinance.com | Apr 26 2024 23:49:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15481214 | | Email/Text: operationsclerk@easypayfinance.com | Apr 26 2024 23:49:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15481218 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 26 2024 23:50:00 | First Commonwealth Bank, Attn: Legal |

Case 22-20931-GLT    Doc 48    Filed 04/28/24    Entered 04/29/24 00:29:21    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| | | | |
|---|---|---|---|
| | | | Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15481217 | + Email/Text: SAABankruptcy@fcbanking.com | Apr 26 2024 23:50:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15481220 | + Email/Text: PBNCNotifications@perituservices.com | Apr 26 2024 23:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15481219 | + Email/Text: PBNCNotifications@perituservices.com | Apr 26 2024 23:49:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15494943 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:19:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15488963 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:07:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15481221 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:07:46 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15497714 | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15490228 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 26 2024 23:52:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15481224 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:36 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481223 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:20:08 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15481225 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:07:56 | Syncb/walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15481226 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15481228 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:32:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481227 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:32:02 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15481229 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:09 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15481230 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:44:58 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481232 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:46 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481231 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:06:51 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15481234 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:19:16 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481233 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:19:17 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15481235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:09 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15481236 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:19:39 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15481238 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:31:59 | Synchrony/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481237 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:38 | Synchrony/Ebates, Po Box 965024, Orlando, FL 32896-5024 |
| 15498424 | + Email/Text: bncmail@w-legal.com | | |

Case 22-20931-GLT   Doc 48   Filed 04/28/24   Entered 04/29/24 00:29:21   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2024 23:51:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15481240 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:50:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15481239 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:50:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15481207 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481208 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481204 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15481205 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian P. Cavanaugh | on behalf of Interested Party Patrick McGinnis bcavanaugh@tdc-law.com bpcsecretary@greensburglaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jill N. McGinnis julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5