IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jill N. Mcginnis, | ) | Bankruptcy No. 22-20931-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Jennifer M. Casini, Esquire | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Ashley Funding Services, LLC, Capital One, Capital One Bank (USA), N.A., Comenity Bank/Victoria Secret, CWS/CW Nexus, Easypay Finance, Excela Health, First Commonwealth Bank, Kohls/Capital One, LVNV Funding, LLC, Merrick Bank, DSNB Macys, Patrick McGinnis, PRA Receivables Management, LLC, Pennsylvania Department of Revenue, Quantum3 Group, LLC Rocket Mortgage, LLC , Syncb/Levin Furniture, Syncb/Walmart, Synchrony Bank, Synchrony Bank/Amazon, Synchrony Bank/JCPenney, Synchrony Bank/Old Navy, Synchrony Bank/Sams Club, Synchrony Bank/TJX, Synchrony/Ebates, TD Bank USA, N.A., Target Nb, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents | ) | |

**CERTIFICATE OF NO OBJECTION FOR APPLICATION FOR INTERIM COMPENSATION BY SPECIAL COUNSEL FOR DEBTOR**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Interim Compensation by Special Counsel for Debtor filed on May 6, 2024  has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Interim Compensation by Counsel for Debtor appears thereon.  Pursuant to

the Notice of Hearing, objections for Application for Interim Compensation by Counsel for Debtor were to be filed and served no later than May 23, 204.

      It is hereby respectfully requested that the Order filed on  at Docket No. 49 be entered by the Court.

                              Respectfully submitted,

<u>May 24, 2024</u>                        <u>/s/Lauren M. Lamb</u>
Date                                Lauren M. Lamb, Esquire
                                  Attorney for the Debtor
                                  STEIDL & STEINBERG
                                  2830 Gulf Tower
                                  707 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 391-8000
                                  PA I. D. No. 209201
                                  llamb@steidl-steinberg.com