FILED
6/5/24 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jill N. McGinnis, ) | Bankruptcy No. 22-20931-GLT |
| ) | Chapter 13 |
| Debtor ) | Related to Document No. 49 |
| ) | |
| Jennifer M. Casini, Esquire ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, Ashley Funding ) | |
| Services, LLC, Capital One, Capital One ) | |
| Bank (USA), N.A., Comenity Bank/Victoria ) | |
| Secret, CWS/CW Nexus, Easypay Finance, ) | |
| Excela Health, First Commonwealth Bank, ) | |
| Kohls/Capital One, LVNV Funding, LLC, ) | |
| Merrick Bank, DSNB Macys, Patrick ) | |
| McGinnis, PRA Receivables Management, ) | |
| LLC, Pennsylvania Department of Revenue, ) | |
| Quantum3 Group, LLC Rocket Mortgage, ) | |
| LLC , Syncb/Levin Furniture, ) | |
| Syncb/Walmart, Synchrony Bank, Synchrony ) | |
| Bank/Amazon, Synchrony Bank/JCPenney, ) | |
| Synchrony Bank/Old Navy, Synchrony ) | |
| Bank/Sams Club, Synchrony Bank/TJX, ) | |
| Synchrony/Ebates, TD Bank USA, N.A., ) | |
| Target Nb, ) | |
| ) | |
| Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this _ 5th Day of June___, 2024, after consideration of

the Application for Interim Compensation by Special Counsel for Debtor it is hereby

ORDERED, ADJUDGED and DECREED that:

1) The non-refundable retainer of $2,500.00 paid by Debtor to Special Counsel is approved.

2) The Application for Interim Compensation is approved in the additional amount of $2,931.11, which includes $751.11 in costs, for work performed in Debtor's divorce case by Special Counsel from March 23, 2023 to April 12, 2024.

3) The clerk shall record the total compensation as $4,680.00 and total cost reimbursement as $751.11.

# ENTERED BY DEFAULT

Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |
| sp | + | Jennifer M. Casini, Casini & Geibig, LLC, 815 B Memorial Blvd, Connellsville, PA 15425-2665 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

**Name**            **Email Address**

Brian P. Cavanaugh
    on behalf of Interested Party Patrick McGinnis bcavanaugh@tdc-law.com  bpcsecretary@greensburglaw.com

Denise Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Lauren M. Lamb
    on behalf of Debtor Jill N. McGinnis
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2                              User: auto                                            Page 2 of 2
Date Rcvd: Jun 05, 2024                           Form ID: pdf900                                  Total Noticed: 2
TOTAL: 5