IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jill N. Mcginnis, | ) | Bankruptcy No. 22-20931-GLT |
|    Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 56-57 |
| Jill N. Mcginnis, | ) | |
|    Movant | ) | Hearing Date and Time: |
| | ) | February 12, 2025 at 9:00am |
|    vs. | ) | |
| | ) | |
| Ashley Funding Services, LLC, Capital One, Comenity Bank/Victoria Secret, CWS/CW Nexus, EasyPay Finance, Excela Health, Excela Health Frick, First Commonwealth Bank, Kohls/Capital One, LVNV Funding, Merrick Bank, DSNB Macys, Patrick McGinnis, PRA Receivables Management, LLC, Pennsylvania Department of Revenue, Quantum3 Group LLC, Rocket Mortgage, LLC f/k/a Quicken Loans, Syncb/Levin Furniture, Syncb/Walmart, Synchrony Bank, Synchrony Bank/Amazon, Synchrony Bank/JCPenney, Synchrony Bank/Old Navy, Synchrony Bank/Sams Club, Synchrony Bank/ TJX, Synchrony/Ebates, TD Bank USA, N.A., Target NB, Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|    Respondent(s) | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF ORDER OF COURT REGARDING SETTLEMENT OF EQUITABLE DISTRIBUTION CLAIMS**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Order of Court Regarding Settlement of Equitable Distribution Claims filed on January 16, 2025 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Order of Court Regarding Settlement of Equitable Distribution Claims appears thereon.  Pursuant to the Notice of Hearing, objections for Motion for Approval of Order of Court Regarding Settlement of Equitable Distribution Claims were to be filed and served no later than February 3, 2025.

      It is hereby respectfully requested that the Order attached to the Motion for Approval of Order of Court Regarding Settlement of Equitable Distribution Claims be entered by the Court.

                                          Respectfully submitted,

February 4, 2025                 /s/Lauren M. Lamb
Date:                                  Lauren M. Lamb, Esquire
                                          Attorney for the Debtor
                                          STEIDL & STEINBERG
                                          436 Seventh Avenue
                                          Suite 322, Koppers Building
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          PA I. D. No. 209201
                                          llamb@steidl-steinberg.com