FILED
2/4/25 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Jill N. McGinnis, ) | Case No. 22-20931-GLT |
| ) | Chapter 13 |
| Debtor ) | Related to Docket No. 56 |
| ) | |
| Jill N. McGinnis, ) | |
| ) | |
|     Movant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Ashley Funding Services, LLC, Capital One,) | |
| Comenity Bank/Victoria Secret, CWS/CW ) | |
| Nexus, EasyPay Finance, Excela Health, ) | |
| Excela Health Frick, First Commonwealth ) | |
| Bank, Kohls/Capital One, LVNV Funding, ) | |
| Merrick Bank, DSNB Macys, Patrick ) | |
| McGinnis, PRA Receivables Management, ) | |
| LLC, Pennsylvania Department of Revenue, ) | |
| Quantum3 Group LLC, Rocket Mortgage, ) | |
| LLC f/k/a Quicken Loans, Syncb/Levin ) | |
| Furniture, Syncb/Walmart, Synchrony Bank,) | |
| Synchrony Bank/Amazon, Synchrony ) | |
| Bank/JCPenney, Synchrony Bank/Old Navy,) | |
| Synchrony Bank/Sams Club, Synchrony ) | |
| Bank/ TJX, Synchrony/Ebates, TD Bank ) | |
| USA, N.A., Target NB ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this __4th Day of February__, 2025, it is

ORDERED, ADJUDGED, and DECREED that the Order of Court between Debtor, Jill

N. McGinnis, and Patrick McGinnis described in and attached to the Motion for

Approval of Order of Court Regarding Settlement of Equitable Distribution Claims is hereby approved.

Within 30 days of this Order, the Debtor shall file an amended chapter 13 plan (to the extent necessary) to incorporate the terms of this Order and to address the ongoing mortgage payments.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Brian P. Cavanaugh | on behalf of Interested Party Patrick McGinnis bcavanaugh@tdc-law.com  bpcsecretary@greensburglaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jill N. McGinnis julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Feb 04, 2025 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 6