**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JILL N. MCGINNIS | Case No.:22-20931 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/13/2022 and confirmed on 6/21/22. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,600.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,600.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 681.81 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,081.81 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9820 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JILL N. MCGINNIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 4,400.00 | 4,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 6,528.13 | 1,204.90 | 0.00 | 1,204.90 |
|     Acct: 6129 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,995.57 | 737.46 | 0.00 | 737.46 |
|     Acct: 7183 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,387.79 | 625.29 | 0.00 | 625.29 |
|     Acct: 6633 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CO | 948.42 | 175.05 | 0.00 | 175.05 |
|     Acct: 5850 | | | | |
|   MERRICK BANK | 4,201.55 | 775.48 | 0.00 | 775.48 |
|     Acct: 6151 | | | | |
|   EASY PAY | 823.19 | 151.93 | 0.00 | 151.93 |
|     Acct: 0140 | | | | |
|   EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0043 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7212 | | | | |
|   KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2928 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |

22-20931 JAD                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9610 | | | | |
| | LVNV FUNDING LLC | 1,313.85 | 242.50 | 0.00 | 242.50 |
| | Acct: 2812 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 5,462.78 | 1,008.27 | 0.00 | 1,008.27 |
| | Acct: 9395 | | | | |
| | LVNV FUNDING LLC | 405.57 | 74.86 | 0.00 | 74.86 |
| | Acct: 1130 | | | | |
| | LVNV FUNDING LLC | 710.00 | 131.04 | 0.00 | 131.04 |
| | Acct: 7433 | | | | |
| | LVNV FUNDING LLC | 2,003.71 | 369.82 | 0.00 | 369.82 |
| | Acct: 8664 | | | | |
| | LVNV FUNDING LLC | 3,183.87 | 587.65 | 0.00 | 587.65 |
| | Acct: 1658 | | | | |
| | LVNV FUNDING LLC | 3,173.66 | 585.76 | 0.00 | 585.76 |
| | Acct: 7850 | | | | |
| | LVNV FUNDING LLC | 2,658.36 | 490.66 | 0.00 | 490.66 |
| | Acct: 6977 | | | | |
| | TD BANK USA NA** | 1,907.01 | 351.98 | 0.00 | 351.98 |
| | Acct: 4154 | | | | |
| | ASHLEY FUNDING SVCS LLC | 30.00 | 5.54 | 0.00 | 5.54 |
| | Acct: 5120 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2812 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,518.19 |

TOTAL PAID TO CREDITORS                                                                         7,518.19

TOTAL CLAIMED
  PRIORITY              0.00
  SECURED               0.00
  UNSECURED        40,733.46


Date: 05/23/2025                                     /s/ Ronda J. Winnecour

                                                     RONDA J WINNECOUR PA ID #30399
                                                     CHAPTER 13 TRUSTEE WD PA
                                                     600 GRANT STREET
                                                     SUITE 3250 US STEEL TWR
                                                     PITTSBURGH, PA 15219
                                                     (412) 471-5566
                                                     cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JILL N. MCGINNIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:22-20931 JAD

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |
| sp | + | Jennifer M. Casini, Casini & Geibig, LLC, 815 B Memorial Blvd, Connellsville, PA 15425-2665 |
| 15481215 | + | Excela Health, PO Box 640886, Pittsburgh, PA 15264-0886 |
| 15481216 | + | Excela Health Frick, PO Box 645758, Pittsburgh, PA 15264-5255 |
| 15490228 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2025 03:56:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498018 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15481206 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:09 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:18:56 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15492794 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15481209 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15481210 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2025 03:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15481211 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 03:57:35 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481212 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 03:57:15 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:19 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15481213 | | Email/Text: operationsclerk@easypayfinance.com | May 28 2025 03:49:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15481214 | | Email/Text: operationsclerk@easypayfinance.com | May 28 2025 03:49:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15481218 | + | Email/Text: SAABankruptcy@fcbanking.com | | |

| | | | |
|---|---|---|---|
| | | May 28 2025 03:50:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15481217 | + Email/Text: SAABankruptcy@fcbanking.com | May 28 2025 03:50:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15481220 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:56:54 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15481219 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 04:08:42 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15494943 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2025 04:08:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15488963 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2025 04:08:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15481221 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2025 04:08:35 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15497714 | Email/Text: bnc-quantum@quantum3group.com | May 28 2025 03:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15481224 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:23 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481223 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:57:53 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15481225 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2025 03:56:54 | Syncb/walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15481226 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:47 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15481624 | ^ MEBN | May 28 2025 03:49:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15481228 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:14 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481227 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:57:23 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15481229 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:19:06 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15481230 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:21 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481232 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:25 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15481231 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:15 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15481234 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:49 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481233 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:25 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15481235 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:27 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15481236 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:25 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15481238 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 03:56:25 | Synchrony/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481237 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2025 04:08:30 | Synchrony/Ebates, Po Box 965024, Orlando, FL |

Case 22-20931-GLT   Doc 67   Filed 05/29/25   Entered 05/30/25 00:37:06   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15498424 | + | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | 32896-5024<br>TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15481240 | + | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15481239 | + | Email/Text: bncmail@w-legal.com | May 28 2025 03:50:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15481207 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481208 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481204 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15481205 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| intp | ##+ | Patrick McGinnis, 426 Amos Avenue, Portage, MI 49002-0419 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian P. Cavanaugh | on behalf of Interested Party Patrick McGinnis bcavanaugh@tdc-law.com  bpcsecretary@greensburglaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jill N. McGinnis julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5