| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jill N. McGinnis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0140<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   22–20931–GLT | | |

# Order of Discharge                                                                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jill N. McGinnis

<u>7/15/25</u>                                                                     **By the court:** <u>Gregory L Taddonio</u>
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20931-GLT |
| Jill N. McGinnis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill N. McGinnis, 260 Mt. Olive Road, Champion, PA 15622-4055 |
| sp | + | Jennifer M. Casini, Casini & Geibig, LLC, 815 B Memorial Blvd, Connellsville, PA 15425-2665 |
| 15481215 | + | Excela Health, PO Box 640886, Pittsburgh, PA 15264-0886 |
| 15481216 | + | Excela Health Frick, PO Box 645758, Pittsburgh, PA 15264-5255 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 16 2025 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 16 2025 03:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 16 2025 03:56:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15498018 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15481206 | + | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481203 | + | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15492794 | | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15481209 | + | EDI: WFNNB.COM | Jul 16 2025 03:56:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 15481210 | + | EDI: WFNNB.COM | Jul 16 2025 03:56:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15481211 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2025 00:11:46 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481212 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2025 00:12:00 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15481222 | | EDI: CITICORP | Jul 16 2025 03:56:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke |

Case 22-20931-GLT    Doc 73    Filed 07/17/25    Entered 07/18/25 00:33:23    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 47 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Boulevard, Mason, OH 45040 |
| 15481213 | | Email/Text: operationsclerk@easypayfinance.com | Jul 16 2025 00:03:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15481214 | | Email/Text: operationsclerk@easypayfinance.com | Jul 16 2025 00:03:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 15481218 | + | Email/Text: SAABankruptcy@fcbanking.com | Jul 16 2025 00:04:00 | First Commonwealth Bank, Attn: Legal Department, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 15481217 | + | Email/Text: SAABankruptcy@fcbanking.com | Jul 16 2025 00:04:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15481220 | + | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15481219 | + | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15494943 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 00:11:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15488963 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2025 00:11:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15481221 | + | EDI: CITICORP | Jul 16 2025 03:56:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15497714 | | EDI: Q3G.COM | Jul 16 2025 03:56:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15490228 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jul 16 2025 00:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15481224 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Syncb/Levin Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481223 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Syncb/Levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15481225 | + | EDI: CAPITALONE.COM | Jul 16 2025 03:56:00 | Syncb/walmart, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15481226 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Syncb/walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15481624 | ^ | MEBN | Jul 15 2025 23:55:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15481228 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481227 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15481229 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15481230 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481232 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481231 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15481234 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481233 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |

Case 22-20931-GLT    Doc 73    Filed 07/17/25    Entered 07/18/25 00:33:23    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15481235 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15481236 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15481238 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15481237 | + | EDI: SYNC | Jul 16 2025 03:56:00 | Synchrony/Ebates, Po Box 965024, Orlando, FL 32896-5024 |
| 15498424 | + | Email/Text: bncmail@w-legal.com | Jul 16 2025 00:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15481240 | + | EDI: WTRRNBANK.COM | Jul 16 2025 03:56:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15481239 | + | EDI: WTRRNBANK.COM | Jul 16 2025 03:56:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15481207 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481208 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15481204 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15481205 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| intp | ##+ | Patrick McGinnis, 426 Amos Avenue, Portage, MI 49002-0419 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian P. Cavanaugh | on behalf of Interested Party Patrick McGinnis bcavanaugh@tdc-law.com bpcsecretary@greensburglaw.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Jill N. McGinnis |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jul 15, 2025 | Form ID: 3180W | Total Noticed: 47

julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5